IN THE UNITED STATES DISTRICTCOURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DEBORAH LAUFER, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:20-CV-59 (LAG) |
| HJL HOSPITALITY, LLC., | : |
| Defendant. | : |

# ORDER

Before the Court is Plaintiff Deborah Laufer's Motion to Stay Pending Appellate Ruling (Motion) (Doc. 22). Therein, Plaintiff asks the Court to stay the case pending disposition by the Eleventh Circuit in the appeals of *Laufer v. Arpan, LLC*, 20-14846 or *Kennedy v. Warrior Air, Inc.*, 20-11545. (*Id.* at 1). In its previous Order, the Court denied Plaintiff's Motion for Default Judgment, but allowed Plaintiff to brief the narrow issue of whether Plaintiff has standing to bring suit. (Doc. 17). This precise issue is on appeal to the Eleventh Circuit in the above referenced appellate actions. (Doc. 22 ¶ 3). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** until an opinion of the Eleventh Circuit in *Arpan*, 20-14846 or *Warrior Air*, 20-11545. Plaintiff shall notify the Court within 30 days of an opinion by the Eleventh Circuit in either of the above referenced appellate actions.

**SO ORDERED**, this 20th day of May, 2021.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**